# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SCOTT A REED

Case No. 14-70616JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

Document No __

FEDERAL NATIONAL
MORTGAGE ASSN
Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 3517.

Regular mortgage payments are currently being directed to the following creditor at the following address:

FEDERAL NATIONAL MORTGAGE ASSN
C/O SETERUS INC*
PO BOX 1047
HARTFORD,CT 06143-1047

Movant has been requested to send payments to:
MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

3517

The Chapter 13 Trustee's CID Records of FEDERAL NATIONAL MORTGAGE ASSN have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/30/2019.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
SCOTT A REED, 1299 DRANE HIGHWAY, OSCEOLA MILLS, PA 16666

ORIGINAL CREDITOR:
FEDERAL NATIONAL MORTGAGE ASSN, C/O SETERUS INC*, PO BOX 1047, HARTFORD, CT  06143-1047

ORIGINAL CREDITOR'S COUNSEL:
HEATHER S RILOFF ESQ, MARTHA E VON ROSENSTIEL PC - ATTY AT LAW, 649 SOUTH AVE, SECANE, PA  19018

NEW CREDITOR:
MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

:
KARINA VELTER ESQ, MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028