# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  SCOTT A REED<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>SCOTT A REED<br><br><br><br>           Respondents | Bankruptcy No. 14-70616-JAD<br><br>Related to Doc. No. 64<br><br>Chapter 13 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 18th day of September, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

> Commonwealth Of Pa
> Attn: Payroll Manager
> Exec Off-Bur Of Cmmnwlth Payroll Operations
> PO Box 8006
> Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of SCOTT A REED, social security number XXX-XX-4521. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SCOTT A REED.

BY THE COURT:

_____  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
9/18/19 6:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott A Reed  
    Debtor  
Case No. 14-70616-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 1    Date Rcvd: Sep 18, 2019  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db             +Scott A Reed,    1299 Drane Highway,    Osceola Mills, PA 16666-9134
               +Commonwealth of PA,    Exec Off-Bur of Cmwlth Payroll Operation,    PO Box 8006,
                 Harrisburg, PA 17105-8006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc et al... andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc et al... bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Scott A Reed thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```