**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Scott A Reed**
    Debtor(s)

Bankruptcy Case No.: 14–70616–JAD
Doc. No. 71
Chapter: 13
Docket No.: 72 – 71

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 25th of October, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/20/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/27/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/20/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-70616-JAD
Scott A Reed                                                              Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch          Page 1 of 2          Date Rcvd: Oct 25, 2019
                             Form ID: 408         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Scott A Reed,    1299 Drane Highway,    Osceola Mills, PA 16666-9134
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,    Plainview, NY 11803-4224
13914717      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13914720       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13914721       +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13914719       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13984488        Federal National Mortgage Association,    (Fannie Mae),    c/o Seterus, Inc.,    P.O. Box 2206,
                Grand Rapids, MI 49501-2206
13983788       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
15062137       +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
13914725       +Tina M. Reed,    1299 Drane Highway,    Osceola Mills, PA 16666-9134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13916826        E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13914722       +E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13914724       +E-mail/Text: bankruptcynotices@psecu.com Oct 26 2019 03:27:37     PSECU,   P.O. Box 67013,
                Harrisburg, PA 17106-7013
                                                                                  TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc et al...
cr              Seterus, Inc., as the authorized subservicer for F
13914718*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13914723       ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                           TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
              andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc et al... andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
              Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
              heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc et al... bkgroup@kmllawgroup.com

```
District/off: 0315-7          User: msch              Page 2 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 408            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
        Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
        jeniece@mvrlaw.com,  bonnie@mvrlaw.com
      Jill  Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
        amps@manleydeas.com
      Kenneth P. Seitz    on behalf of Debtor Scott A Reed thedebterasers@aol.com
      Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pabk@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                         TOTAL: 11