**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT A REED<br><br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　　Movant<br>　　　　vs.<br>No Respondents. | Case No.:14-70616 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/29/2014 and confirmed on 10/31/14 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,396.00 |
| Less Refunds to Debtor | 1,317.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,078.24 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,648.00 | |
|    Trustee Fee | 4,854.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,502.12 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR | 0.00 | 45,785.10 | 0.00 | 45,785.10 |
|     Acct: 3054 | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 8,459.28 | 0.00 | 8,459.28 |
|     Acct: 0494 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR | 1,118.74 | 1,118.74 | 0.00 | 1,118.74 |
|     Acct: 3054 | | | | |
|   JPMORGAN CHASE BANK | 136.44 | 136.44 | 0.00 | 136.44 |
|     Acct: 0494 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 27,656.32 | 27,656.32 | 4,320.76 | 31,977.08 |
|     Acct: 4521 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 6,804.95 | 6,804.95 | 511.12 | 7,316.07 |
|     Acct: 4521 | | | | |
| | | | | 94,792.71 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A REED | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A REED | 1,317.76 | 1,317.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8377 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1325 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6629 | | | | |
|   DISCOVER BANK(*) | 4,174.96 | 1,913.01 | 0.00 | 1,913.01 |
|     Acct: 4150 | | | | |
|   PA COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX6240 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 15,948.42 | 7,307.72 | 0.00 | 7,307.72 |
| Acct: 4521 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 8,186.79 | 3,751.26 | 0.00 | 3,751.26 |
| Acct: 4521 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 3,953.26 | 1,811.42 | 0.00 | 1,811.42 |
| Acct: 4521 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,783.41 |

TOTAL PAID TO CREDITORS                                                     109,576.12

TOTAL
CLAIMED            0.00
PRIORITY      35,716.45
SECURED       32.263.43


Date: 10/24/2019                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   SCOTT A REED<br><br>            Debtor(s)<br><br>   Ronda J. Winnecour<br>            Movant<br>         vs.<br>   No Repondents. | Case No.:14-70616 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            _____
                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70616-JAD
Scott A Reed                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2            Date Rcvd: Oct 25, 2019
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db          +Scott A Reed,   1299 Drane Highway,   Osceola Mills, PA 16666-9134
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,   Plainview, NY 11803-4224
13914717    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
13914720    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13914721    +Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
13914719    +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13984488     Federal National Mortgage Association,   (Fannie Mae),   c/o Seterus, Inc.,   P.O. Box 2206,
              Grand Rapids, MI 49501-2206
13983788    +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
15062137    +Nationstar Mortgage, LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
13914725    +Tina M. Reed,   1299 Drane Highway,   Osceola Mills, PA 16666-9134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13916826     E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13914722    +E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37      Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
13914724    +E-mail/Text: bankruptcynotices@psecu.com Oct 26 2019 03:27:37       PSECU,   P.O. Box 67013,
              Harrisburg, PA 17106-7013
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc et al...
cr              Seterus, Inc., as the authorized subservicer for F
13914718*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
13914723    ##+PA Collection Service,   P.O. Box 893,   Washington, PA 15301-0893
                                                                                 TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc et al... andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James  Warmbrodt    on behalf of Creditor    Seterus, Inc et al... bkgroup@kmllawgroup.com

```
District/off: 0315-7           User: msch                  Page 2 of 2                   Date Rcvd: Oct 25, 2019
                               Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
         Jill  Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
         Kenneth P. Seitz    on behalf of Debtor Scott A Reed thedebterasers@aol.com
         Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                  TOTAL: 11