**Fill in this information to identify the case**

Debtor 1  Scott A Reed

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__ District of __PA__
                                                                    **(State)**

Case number  14-70616

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Last 4 digits** of any number you use to identify the debtor's account: 3054

**Property address:** 1299 Drane Highway
                        Number          Street

Osceola Mills  PA  16666
City                    State    Zip Code

**Court claim no.** (if known):

8

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
   The next postpetition payment from the debtor(s) is due on:    11/01/2019
                                                                 MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.  Total postpetition ongoing payments due:                                        (a) $_____

   b.  Total fees, charges, expenses, escrow, and costs outstanding:                   (b) $_____

   c.  Total. Add lines a and b.                                                       (c) $_____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became due on:   ___/___/____
                                                                         MM/DD/YYYY

Form 4100R              **Response to Notice of Final Cure Payment**                    page **1**

19-011272_SCS2

Debtor 1 ___Scott A Reed___        Case number (if known) 14-70616
     First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X ___/s/ Karina Velter___        Date ___November 5, 2019___
   Signature

Print:    Karina Velter           Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
           Number    Street

           Columbus, OH  43216-5028
           City    State    ZIP Code

Contact phone  614-220-5611        Email  amps@manleydeas.com

19-011272_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   Scott A Reed : Case No.: 14-70616
: Chapter 13
   Debtor(s). : Judge Jeffery A. Deller
: * * * * * * * * * * * * * * * * * * * * * * *
:
:
:

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) November 5, 2019.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-calls mail and/or electronic notification.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 5, 2019

                                                By: /s/ Karina Velter
                                                Signature
                                                Karina Velter, Esquire
                                                Typed Name
                                                P.O. Box 165028, Columbus, OH 43216-5028
                                                Address
                                                614-220-5611
                                                Phone No.
                                                94781
                                                List Bar I.D. and State of Admission

19-011272_SCS2

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Kenneth P. Seitz, Attorney for Debtor and/or Co-Debtor, P.O. Box 211, Ligonier, PA  15658 (notified by ecf)

Scott A Reed and Tina M Reed, Debtor and/or Co-Debtor, 1299 Drane Highway, Osceola Mills, PA 16666 (notified by regular US Mail)

Chase, Party of Interest, Po Box 24696, Columbus, OH  43224 (notified by regular US Mail)

19-011272_SCS2