IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  SCOTT A REED

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-70616-JAD

Chapter 13

Document No.71

### ORDER OF COURT

AND NOW, this **21st** day of **November**, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/21/19 5:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                               Case No. 14-70616-JAD
Scott A Reed                                                         Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: lfin                   Page 1 of 2           Date Rcvd: Nov 21, 2019
                              Form ID: pdf900              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db             +Scott A Reed,    1299 Drane Highway,    Osceola Mills, PA 16666-9134
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13914717       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13914720       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13914721       +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13914719       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13984488        Federal National Mortgage Association,    (Fannie Mae),    c/o Seterus, Inc.,    P.O. Box 2206,
                 Grand Rapids, MI 49501-2206
13983788       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
15062137       +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
13914725       +Tina M. Reed,    1299 Drane Highway,    Osceola Mills, PA 16666-9134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13916826        E-mail/Text: mrdiscen@discover.com Nov 22 2019 03:33:44      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13914722       +E-mail/Text: mrdiscen@discover.com Nov 22 2019 03:33:44      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13914724       +E-mail/Text: bankruptcynotices@psecu.com Nov 22 2019 03:34:54      PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc et al...
cr              Seterus, Inc., as the authorized subservicer for F
13914718*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13914723       ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
                                                                                 TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    Seterus, Inc et al... andygornall@latouflawfirm.com
          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           heather@mvrlaw.com, Michelle@mvrlaw.com
          James  Warmbrodt    on behalf of Creditor    Seterus, Inc et al... bkgroup@kmllawgroup.com
```

```
District/off: 0315-7            User: lfin                 Page 2 of 2              Date Rcvd: Nov 21, 2019
                                Form ID: pdf900            Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Kenneth P. Seitz    on behalf of Debtor Scott A Reed thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```